IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Synovus Bank, formerly Columbus Bank and Trust Company, successor in interest through merger and by name change with the National Bank of South Carolina,<br>                    Plaintiff,<br><br>vs.<br><br><br>Charles R. McMillan, Jr.,<br>                    Defendant | Civil Action No. 3:15-cv-04906-JFA<br><br><br><br><br><br>**CONSENT ORDER FOR EXTENSION** |

IT APPEARING TO THE COURT that upon consent of the parties hereto, that the parties are in agreement with extending the time for Defendant to answer Plaintiff's Complaint.

NOW THEREFORE, by the request of Ronnie L. Crosby, attorney for the Defendant, Charles R. McMillan, Jr., and with the consent of B. Keith Poston, attorney for the Plaintiff, Synovus Bank, formerly Columbus Bank and Trust Company, successor in interest through merger and by name change with the National Bank of South Carolina,

IT IS HEREBY ORDERED that the Defendant shall have a thirty (30) day extension to answer Plaintiff's Complaint.

**IT IS SO ORDERED**.

January 28, 2016
Columbia, South Carolina

*Joseph F. Anderson, Jr.*
Joseph F. Anderson, Jr.
United States District Judge